CLOSED, DOCSENT, MDL, TRANSFERRED

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Corpus Christi)**
**CIVIL DOCKET FOR CASE #: 2:07-cv-00379**

Garcia v. Davol Inc et al **DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.**
Assigned to: Chief Judge Hayden Head
Cause: 28:1332 Diversity-Product Liability

Date Filed: 09/28/2007
Date Terminated: 11/09/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Federal Question

**Plaintiff**

**Catalina Garcia** represented by **John H Modesett, III**
Attorney at Law
500 N Water
Ste 1200
Corpus Christi, TX 78471
361-887-6449
Fax: 381-885-7983
Email: jack@jmodesettlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/28/2007 | 1 | COMPLAINT against all defendants (Filing fee $ 350 receipt number 3076529) filed by Catalina Garcia.(Modesett, John) (Entered: 09/28/2007) |
| 10/01/2007 | 2 | Summons Issued as to C. R. Bard, Inc., filed.(lcayce, ) (Entered: 10/01/2007) |
| 10/01/2007 | 3 | Summons Issued as to Davol Inc, filed.(lcayce, ) (Entered: 10/01/2007) |
| 11/02/2007 | 4 | WAIVER OF SERVICE Returned Executed as to C. R. Bard, Inc. served on 10/24/2007, answer due 12/24/2007, filed.(lcayce, ) (Entered: 11/02/2007) |
| 11/02/2007 | 5 | WAIVER OF SERVICE Returned Executed as to Davol Inc served on |

| | | |
|---|---|---|
| | | 10/24/2007, answer due 12/24/2007, filed.(lcayce, ) (Entered: 11/02/2007) |
| 11/15/2007 | | Interdistrict transfer to District of Rhode Island. Certified copy of transfer order, certified docket sheet, and two copies of transfer letter (with a return envelope) sent by FedEx. Case terminated on 11/15/2007, filed. (kosborne, ) (Entered: 11/15/2007) |
| 11/15/2007 | 6 | JPML CONDITIONAL TRANSFER ORDER (7) (certified copy) transferring case to Rhode Island to be included in MDL Docket No. 1842.() (Attachments: # 1 Letter from Rhode Island) Parties notified. (kosborne, ) (Entered: 11/15/2007) |
| 11/15/2007 | 7 | Document(s) Sent by FedEx to District Court of Rhode Island; Tracking Number 8633 9898 5122 re: 6 Conditional Transfer Order, 1 Complaint re: 1,6, filed. (kosborne, ) (Entered: 11/16/2007) |



| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/21/2007 12:13:20 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cv-00379 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |