**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| In re: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL Docket No. 07-1842-ML |
| THIS DOCUMENTS RELATES TO: | ) ) | JUDGE LISI |
| *Garcia,* 1:07-cv-1955-ML-LDA<br>*Reyna,* 1:07-cv-1931-ML-LDA | ) ) | |

**CONSENT ORDER OF DISMISSAL WITHOUT PREJUDICE**

All parties to the above-styled actions, having stipulated pursuant to Fed. R. Civ. P. 41 to dismissal of these actions without prejudice, it is hereby ORDERED that:

The above-styled actions be, and hereby are, dismissed without prejudice.

So ORDERED:

Mary M. Lisi US DJ 7/22/08

Entered:

Barbara Barletta

**For Plaintiffs:**

/s/ Donald A. Migliori
Donald A. Migliori (#4936)
MOTLEY RICE LLC
321 South Main Street, Suite 200
Providence, RI 02903
401-457-7700
401-457-7708 FAX
*MDL 1842 Plaintiffs' Liaison Counsel*

Jack Modesett III
500 N. Water St., Suite 1200
Corpus Christi, TX 78471
361-887-6449
361-885-7983 FAX
*Counsel for Plaintiff Garcia*

Michael P. Mallia
VICKERY, WALDNER & MALLIA, LLP
One Riverway, Suite 1150
Houston, TX 77056
713-526-1100
713-523-5939 FAX
*Counsel for Plaintiff Reyna*

**For Defendants:**

/s/ Kirby T. Griffis
Kirby T. Griffis
SPRIGGS & HOLLINGSWORTH
1350 I Street NW
Washington, DC 20005
202-898-5800
202-682-1639 FAX
*MDL 1842 Defendants' Liaison Counsel*